# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Kelly Tristen Hood**<br>DOB: xx/xx/1997<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**19-05935MJ** |

Complaint for violation of Title 18 United States Code § 924(a)(1)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 13, 2019, at or near Tucson, in the District of Arizona, **Kelly Tristen Hood** knowingly made a false statement and representation to Liberty Pawn Shop, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Liberty Pawn Shop; in that **Kelly Tristen Hood**, in connection with the acquisition of a firearm, stated that his current residence address was ███████████ Vail, Arizona, 85641, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 13, 2019, Kelly Tristen Hood purchased a firearm – a Century Arms International (CAI) model RAS47 7.62x39mm caliber semi-automatic rifle – from Liberty Pawn Shop, a federally licensed firearms dealer in Tucson, Arizona. In completing ATF Form 4473, required to be kept in the records of Liberty Pawn Shop in connection with the acquisition of the firearm, Hood stated that his current residence address was ███████████ Vail, Arizona, 85641. Hood also signed the form, certifying all the information he provided therein was true, correct, and complete. Hood did not reside at the address he used on the Form 4473, and on March 8, 2019, he admitted to law enforcement agents that he had not resided at that address for over two years. Both the homeowner of ███████████ and Hood's mother also confirmed that Hood had not resided at that address for approximately two years preceding his completion of the Form 4473.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:** N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge<br><br>*/s/ Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br><br>*/s/*<br><br>OFFICIAL TITLE<br>ATF Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>*/s/* | DATE<br>April 15, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54